No. ——. LICATA *v.* UNITED STATES. C. A. 9th Cir. Petition presented to MR. JUSTICE DOUGLAS for rehearing from his denial of bail, and by him referred to the Court, denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Russell E. Parsons* and *John J. Hooker, Sr.,* for petitioner.

No. ——. HUNT *v.* EYMAN, WARDEN, ET AL. Petition presented to MR. JUSTICE DOUGLAS for rehearing from his denial of petition for writ of habeas corpus, and by him referred to the Court, denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 632. ALEXANDER ET AL. *v.* HOLMES COUNTY BOARD OF EDUCATION ET AL. C. A. 5th Cir. [Certiorari granted, *ante,* p. 802.] Motions of National Education Assn. and Tennessee Federation for Constitutional Government for leave to file briefs as *amici curiae* granted. *Richard B. Sobol* and *David Rubin* on the motion for National Education Assn.

No. 674. HENRY I. SIEGEL Co., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Osmond K. Fraenkel* for applicant.

No. 727. VALE *v.* LOUISIANA. Appeal from Sup. Ct. La. [Probable jurisdiction postponed, *ante,* p. 813.] Motion of appellant for appointment of counsel granted. It is ordered that *Eberhard P. Deutsch, Esquire,* of New Orleans, Louisiana, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for appellant in this case.